| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Tarek H. Zohdy (SBN 247775) <br> Cody R. Padgett (SBN 275553) <br> Laura E. Goolsby (SBN 321721) <br> Nathan N. Kiyam (SBN 317677) <br> CAPSTONE LAW APC <br> 1875 Century Park East, Suite 1000 <br> Los Angeles, CA 90067 <br> Telephone: (310) 556-4811 | |
| ATTORNEY(S) FOR: Plaintiffs | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BOLDT and LISA JAIME, individually, and on behalf of a class of similarly situated indivi <br><br> Plaintiff(s), <br><br> v. <br><br> CAESARSTONE USA, INC., a California corporation; IKEA NORTH AMERICA SERVICES, LLC, a Virginia limited liability company; and IKEA US RETAIL LLC, a Virginia limited liability company, <br><br> Defendant(s) | CASE NUMBER: <br><br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Plaintiffs Sarah Boldt and Lisa Jaime
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NONE KNOWN TO PARTIES | |

| | |
|---|---|
| March 21, 2024 <br> Date | /s/ Laura E. Goolsby <br> Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Sarah Boldt and Lisa Jaime