Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Shahin Rezvani (SBN 199614)
Shahin.Rezvani@capstonelawyers.com
Abigail J. Gertner (*pro hac vice*)
Abigail.Gertner@capstonelawyers.com
Majdi Y. Hijazin (*pro hac vice*)
Majdi.Hijazin@capstonelawyers.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SARAH BOLDT and LISA JAIME, *individually, and on behalf of a class of similarly situated individuals,*

Plaintiffs,

v.

CAESARSTONE USA, INC., a California corporation, IKEA NORTH AMERICA SERVICES, LLC, a Virginia limited liability company, and IKEA US RETAIL LLC, a Virginia limited liability company,

Defendants.

Case No. 2:24-cv-02343-MEMF-AJR

**STIPULATION OF DISMISSAL [RULE 41(A)(1)(A)(II)]**

*Hon. Maame Ewusi-Mensah Frimpong*

*Trial Date:* None Set
*Compl. filed*: May 16, 2024

Plaintiffs Sarah Boldt and Lisa Jaime, and Defendants Caesarstone USA, Inc., Ikea North America Services, LLC, and Ikea US Retail LLC, by and through their respective counsel, hereby stipulate to the dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal is with prejudice as to Plaintiffs' individual claims only, and without prejudice as to any putative class claims. Each side to bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated: May 7, 2026

Respectfully submitted,

CAPSTONE LAW APC

By: /s/ *Cody R. Padgett*

Cody R. Padgett
Shahin Rezvani
Abigail J. Gertner (*Pro Hac Vice)*
Majdi Y. Hijazin *(Pro Hac Vice)*

*Attorneys for Plaintiffs*

Dated: May 7, 2026

Respectfully submitted,

BALLARD SPAHR LLP

By: /s/ *Scott Humphreys*
Scott S. Humphreys

Attorney for Defendant
Ikea US Retail LLC

Dated: May 7, 2026

VENABLE LLP

By: */s/ Ashley Song*
Ashley Song

Attorney for Defendant
Caesarstone USA, Inc.

## ATTESTATION

I, Cody R. Padgett, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 7, 2026 By: */s/ Cody R. Padgett*